United States District Court

Eastern District of California

Joel Anthony Holley,

    Plaintiff,            No. Civ. S 04-2708 LKK PAN P

  vs.                        Order

Tom L. Carey, et al.,

    Defendants.

-oOo-

June 8, 2005, plaintiff filed a request for production of documents, interrogatories and a request for admissions.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

1  Plaintiff is directed not to submit any further discovery
2 requests unless permitted under the local rules.
3  So ordered.
4  Dated: July 12, 2005.

                /s/ Peter A. Nowinski
                PETER A. NOWINSKI
                Magistrate Judge