IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANTHONY HOLLEY,

    Plaintiff,                  No. CIV S-04-2708 LKK PAN P

    vs.

TOM L. CAREY,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.  On September 9, 2005, plaintiff filed two documents styled, "Motion for Order Compelling Discovery," which became numbers 22 and 23 on the docket.  These motions are identical.

        Accordingly, IT IS HEREBY ORDERED that the court will disregard number 23.

DATED: May 10, 2006.

                                        *[signature]*
                                UNITED STATES MAGISTRATE JUDGE

\\004
\ holl2708.disregard as duplicative