IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANTHONY HOLLEY,

        Plaintiff,                    No. CIV S-04-2708 LKK PAN P

    vs.

TOM L. CAREY, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Defendants have requested an extension of time to file and serve a supplemental opposition to plaintiff's September 9, 2005, motion to compel. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' May 17, 2006, request for an extension of time is granted; and

        2. Defendants are granted 30 days from the date of this order to file and serve a supplemental opposition to plaintiff's September 9, 2005, motion to compel .

DATED: May 23, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

/mp/004
holl2708.36