1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOEL ANTHONY HOLLEY,

11              Plaintiff,                    No. CIV S-04-2708 LKK PAN P

12        vs.

13   TOM L. CAREY, et al.,

14              Defendants.                   ORDER

15   _____/

16        Plaintiff is a prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.

17   In the December 10, 2004 complaint, plaintiff alleges that: (1) Carey violated plaintiff's rights

18   under the Americans with Disabilities Act (ADA) by demoting plaintiff on the ground plaintiff

19   poses an unreasonable risk to himself and others if he uses certain machinery; and (2) Huff, Lane

20   and Korte violated plaintiff's rights under the Equal Protection Clause of the Fourteenth

21   Amendment by removing plaintiff from his prison job and giving him a lower paying job because

22   plaintiff receives mental health services.  Plaintiff asserts he can prove disparate treatment with

23   evidence that prisoners who repeatedly injured themselves or others on the job were not removed

24   from their positions, but plaintiff has not injured himself or others but was removed.

25        On September 9, 2005, plaintiff filed a motion  to compel defendants to produce

26   documents pursuant to Fed. R. Civ. P. 37(a)(2)(B).  On September 30, 2006, defendants filed an

1  opposition.  On May 24, 2006, defendants were granted leave to file a supplemental opposition,

2  which was filed on June 20, 2006.  On June 30, 2006, plaintiff filed a supplemental reply.

3  Plaintiff contends defendants waived all objections because they served their

4  responses late.  Defendants contend the discovery responses were prematurely propounded as

5  they were mailed prior to defendants' appearance in this action.

6  On or around June 6, 2005, plaintiff served defendants with a request for

7  production of documents.  However, defendants were not served with process until May 6, 2005

8  and did not appear in this action until June 14, 2005 when they filed their answer.  The court

9  subsequently issued a discovery order on June 21, 2005.  On July 13, 2005, the court directed

10  plaintiff not to file any further discovery requests with the court unless permitted to do so under

11  the local rules.  On July 19, 2005, plaintiff served a duplicate discovery request.  Defendants

12  served a response on August 11, 2005.  Plaintiff filed his motion to compel responses on

13  September 9, 2005.

14  Defendants' objection is well taken.  Plaintiff's June 6, 2005 discovery request

15  was premature.  Plaintiff's duplicate request, sent July 19, 2005, was timely.  Thus, defendants'

16  August 11, 2005 responses to the duplicate request were timely.  Plaintiff's objections that

17  defendants' responses were untimely are, therefore, overruled.

18  However, it appears that disputes remain concerning defendants' responses to the

19  requests for production of documents.  Moreover, further responses have been provided since the

20  filing of plaintiff's motion.  The record at present does not clearly demonstrate the requests that

21  remain in dispute nor the parties' positions thereto.  Accordingly, the court will deny plaintiff's

22  motion to compel discovery without prejudice to its renewal within a brief period of time.  The

23  discovery and dispositive motion deadlines will be extended for a brief period to allow resolution

24  of the discovery disputes that remain at issue herein.

25  /////

26  /////

1        IT IS HEREBY ORDERED that:

2        1.  Plaintiff's September 9, 2005, motion to compel is denied without prejudice;

3        2.  The discovery deadline is extended from June 9, 2006 to August 30, 2006, for

4   the sole purpose of allowing plaintiff leave to file a motion to compel discovery concerning the

5   requests for production of documents remaining at issue herein; the dispositive motion deadline

6   is extended from August 4, 2006 to September 29, 2006.  No new discovery requests may be

7   propounded at this time.

8        3.  Within twenty days from the date of this order, plaintiff shall file a motion to

9   compel discovery that sets forth the specific items that remain in dispute.  Defendants shall file

10  an opposition within fifteen days thereafter.  Plaintiff's reply, if any, shall be filed ten days

11  thereafter.

12  DATED: July 24, 2006.

13

14  UNITED STATES MAGISTRATE JUDGE

15

16  \001; holl2708.mtc

17

18

19

20

21

22

23

24

25

26