IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOEL HOLLEY,**<br><br>           Plaintiff,<br><br>v.<br><br>**TOM CAREY, WARDEN, et al.,**<br><br>           Defendants. | 2:04-cv-2708 LKK PAN (JFM) P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL** |

    Good cause appearing, Defendants are granted a 10 day extension to file a response to Plaintiff's Motion to Compel.  Defendants' opposition shall be due on or before August 3, 2006.

IT IS SO ORDERED.

Dated: July 26, 2006.

                                   /s/ John F. Moulds
                                   UNITED STATES MAGISTRATE JUDGE

/holl2708.ext

[Proposed] Order Granting Defendants' Request for an Extension of Time to file a Response to Plaintiff's Motion to Compel

1