IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANTHONY HOLLEY,

    Plaintiff,                 No. CIV S-04-2708 LKK EFB P

    vs.

TOM CAREY, et al.,

    Defendants.          ORDER

_____/

Plaintiff has filed documents entitled "request for production of documents."

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

Plaintiff's August 14, 2006, request for production of documents is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

So ordered.

Dated: August 29, 2006.

*[signature: Edmund F. Brennan]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\holl2708.discov not to be filed