IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANTHONY HOLLEY,

     Plaintiff,                           No. CIV S-04-2708 LKK EFB P

    vs.

TOM L. CAREY, et al.,

     Defendants.                ORDER

/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On August 14, 2006, plaintiff filed a motion to compel responses to interrogatories. *See* Fed. R. Civ. P. 37(a)(2)(B). Defendants have filed an opposition.

        Pursuant to the February 7, 2006, scheduling order, all motions to compel discovery were to be filed no later than August 4, 2006. On July 26, 2006, the court extended that date until August 30, 2006, for the sole purpose of permitting the parties to resolve their dispute about plaintiff's request for production of documents. The instant motion was filed after that deadline

        Accordingly, it is ORDERED that plaintiff's August 14, 2006, motion to compel responses to interrogatories is denied.

Dated: November 6, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE