IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANTHONY HOLLEY,

      Plaintiff,                    No. CIV S-04-2708 LKK EFB P

      vs.

TOM L. CAREY, et al.,

      Defendants.           ORDER

_____/

      Defendants move to modify the February 7, 2006, schedule.

      A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

      Pursuant to the schedule, plaintiff must file his pretrial statement by November 3, 2006, defendants must file their pretrial statement by November 17, 2006, pretrial conference is set for November 24, 2006, and trial is set for February 13, 2007.

      Defendants assert that their motion for summary judgment is pending. The court has granted plaintiff an extension of time to file an opposition to that motion. The parties cannot, despite due diligence, timely file pretrial statements and be prepared for trial.

////

1  Accordingly, defendants' October 12, 2006, request is granted and the above dates are
2 vacated.
3  So ordered.
4 Dated:  November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE