IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL HOLLEY,

      Plaintiff,                          No. CIV S-04-2708 LKK EFB P

      vs.

TOM CAREY, Warden, et al.,

      Defendants.             ORDER

                                     /

      Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. This action proceeds on the complaint filed December 10, 2004. On July 7, 2006, plaintiff filed a motion to compel defendants to answer interrogatories. *See* Fed. R. Civ. P. 37(a)(2)(B). On July 21, 2006, defendants requested an extension of time to file an opposition to the motion. On July 27, 2006, the court granted defendants ten days to file an opposition. However, to date defendants have not filed an opposition.

      Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party. Fed. R. Civ. P. 26(b)(1). Information sought need not be admissible at trial if the discovery is reasonably calculated to lead to the discovery of admissible evidence. *Id*. A party may, without leave of court or written stipulation, serve upon any party no more than 25 written interrogatories. Fed. R. Civ. P. 33(a). Absent an order or stipulation

1 extending time, the receiving party has 30 days to answer each interrogatory fully in writing
2 under oath unless there is an objection, in which case the party must state the reason therefor and
3 answer portions of the interrogatory to which no objection is made.  Fed. R. Civ. P. 33(b).  The
4 discovery order in this action gave the parties 45 days to respond to discovery requests.  *See*
5 Docket No. 20.  A party may move for an order compelling discovery with respect to objections
6 or other failure to respond to interrogatories.  Fed. R. Civ. P. 37(a)(2)(B), 33(b)(5).  "The motion
7 must include a certification that the movant has in good faith conferred or attempted to confer
8 with the party not making the disclosure in an effort to secure the disclosure without court
9 action."  Fed. R. Civ. P. 37(a)(2)(B).  Plaintiff attaches to his motion copies of defendants'
10 answers and objections to his interrogatories.  However, he does not in any way show that he
11 conferred or attempted to confer, as by writing a letter to defendants and attaching a copy
12 thereof.  Therefore, he has not satisfied the requirements for obtaining an order compelling
13 discovery.

14     Accordingly, it is ORDERED that plaintiff's July 7, 2006, motion to compel discovery is
15 denied.
16 Dated:  March 28, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE