IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANTHONY HOLLEY,

    Plaintiff,                    No. CIV S-04-2708 LKK EFB P

    vs.

TOM L. CAREY, et al.,

    Defendants.          ORDER

                             /

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 31, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court adopts the findings and recommendations in part and declines to adopt them in part.

       The court declines to adopt them insofar as they recommend granting defendants' motion

1

for summary judgment on plaintiff's retaliation claim.  Although defendants expressed concerns about plaintiff's work performance prior to his first grievance filed on January 27, 2004, there is still a reasonable dispute as to whether this would have been sufficient to warrant a reduction in pay, or whether plaintiff's grievance was the actual cause of the pay reduction.  Similarly, although defendants may have previously considered terminating plaintiff on the basis of this earlier work performance, there is also a reasonable dispute as to whether and to what extent his grievances played a role in their ultimate decision.  Furthermore, it is worth bearing in mind that "[q]uestions involving a person's state of mind . . . are generally factual issues inappropriate for resolution by summary judgment." Braxton-Secret v. A.H. Robins Co., 769 F.2d 528, 531 (9th Cir. 1985).

For similar reasons, the court denies summary judgment on the equal protection claim.  If defendants acted in retaliation for plaintiff's grievances, there would be no legitimate state interest behind defendants' conduct.  Furthermore, a reasonable jury could conclude that plaintiff was treated differently than similarly situated individuals working at the Prison Industry Authority.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2007, are adopted except with respect to the retaliation and equal protection claims;

2. Defendants' September 28, 2006, motion for summary judgment is granted in part and denied in part; and

3. The motion for summary judgment is granted as to defendant Carey.

DATED: September 27, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2