IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANTHONY HOLLEY,

    Plaintiff,                             No. CIV S-04-2708 LKK EFB P

    vs.

TOM L. CAREY, et al.,

    Defendants.                    ORDER

_____/

        Plaintiff, proceeding pro se, is a prisoner suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He filed a document on November 15, 2007, which he styled as a "Motion for Clarification." The motion reargues one of plaintiff's discovery motions that the court already has denied.

        On March 29, 2007, the court denied plaintiff's motion to compel discovery. On April 9, 2007, plaintiff requested reconsideration of that denial. On November 5, 2007, the court reconsidered the earlier ruling, vacated the March 29, 2007, order, and denied the motion to compel on the ground that the discovery plaintiff sought was served on defendants before they appeared in this action. The current motion demonstrates that plaintiff understands the contents of the November 5 order, but simply restates his argument why he requires the requested discovery. Thus, his motion for clarification is, in fact, a motion for reconsideration.

1

1    A magistrate judge's order will not be reversed unless the moving party demonstrates
2 that it is "clearly erroneous or contrary to law." Local Rule 72-303(f). Nowhere in his motion
3 does plaintiff show either that the law relied upon was incorrect or that he in fact served his
4 discovery requests on defendants after they appeared in this action. He seems to fault the court
5 for not modifying the schedule so as to permit him to serve his discovery requests anew.
6 However, he did not in the April 9, 2007, request seek such modification. Thus, plaintiff has not
7 demonstrated that the November 5, 2007, order is clearly erroneous or contrary to law.
8    Therefore, IT IS HEREBY ORDERED that:
9    1. Plaintiff's November 15, 2007, motion for clarification is construed as a motion for
10 reconsideration; and
11    2. Upon reconsideration, the November 5, 2007, order is affirmed.
12    DATED: December 14, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2