IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL ANTHONY HOLLEY,

        Plaintiff,                        No. CIV S-04-2708 LKK EFB P

    vs.

TOM L. CAREY, et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion (dock. no. 97) for permission to file a supplement to his pretrial statement.  Specifically, he wishes to address the defendants' objections in their pretrial statement that plaintiff's exhibit list lacks specificity.  The motion is granted and plaintiff shall file an amended exhibit list within 20 days.  Defendants' objections to the amended exhibit list shall be filed within 10 days thereafter.  The court will address the objections, if any, in the forthcoming Pretrial Order.

        So ordered.

Dated:  September 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE